```
              IN THE UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF OHIO
                          EASTERN DIVISION

IN RE:                             *   CASE NO. 07-62483
Henry Clay Caudell, Jr.
Melissa Ann Caudell                *
                                       JUDGE RUSS KENDIG
              Debtor(s)            *   AMENDED
                                       NOTICE AND MODIFICATION
*****************************************************************
```

     The above named debtor(s) have filed papers with the court to modify the debtor's Plan.

NOTICE

     THE RELIEF PRAYED FOR IN THIS MOTION WILL BE GRANTED TWENTY (20) DAYS AFTER ITS DATE OF MAILING UNLESS A WRITTEN OBJECTION THERETO IS FILED WITH THE COURT AND SERVED UPON DEBTOR('S)(S') ATTORNEY AND THE TRUSTEE.

     Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.

     If you do not want the court to approve the motion, or if you want the court to consider your views on the motion,  then on or before **November 3, 2009**, you or your attorney must:

     File with the court a written request for a hearing or, if the court requires a written response, an answer, explaining your position at:
```
                    UNITED STATES BANKRUPTCY COURT
                         201 CLEVELAND AVE. SW
                          CANTON, OHIO 44702
```

     If you mail your  (request)  (response) to the court for filing, you must mail it early enough so the court will receive it on or  before the date stated above.

     You must also mail a copy to:

```
                     1. ATTORNEY DOUGLAS L. THRUSH
                      13 PARK AVE. WEST STE. 314
                         MANSFIELD, OHIO 44902
```

1

2. TRUSTEE: TOBY L. ROSEN
400 W. TUSCARAWAS ST.
CANTON, OHIO 44702

3. UNITED STATES TRUSTEE
200 PUBLIC SQUARE, STE. 20-3300
CLEVELAND, OHIO 44114

If you or your attorney does not take these steps, the court may decide that you do not oppose the motion and may enter an order granting said motion.

Date: October 13, 2009         /s/Douglas L. Thrush
                               ATTORNEY DOUGLAS L. THRUSH
                               Bar No. 0009941
                               13 PARK AVE. WEST STE. 314
                               MANSFIELD, OHIO 44902
                               419-522-0004

```
         IN THE UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF OHIO
                   EASTERN DIVISION
```

In Re:                          *
                                *  Case No. 07-62483
  Henry Clay Caudell, Jr.       *  JUDGE RUSS KENDIG
  Melissa An Caudell                AMENDED
                                *  MODIFICATION OF PLAN
            Debtor(s)           *
******************************************************************

The Plan is modified pursuant to Title 11 U.S.C., Section 1329 as follows:

The debtors shall lower their payment to the Chapter 13 Trustee as follows: $410.00 bi-weekly from wife's employer and $290.00 bi-weekly from husband's employer. The percentage to the unsecured creditors shall be 2% to maintain feasibility. All other provisions in the Plan shall remain the same.

                                /s/Douglas L. Thrush
                                Douglas L. Thrush Co. L.P.A.
                                Bar no. 0009941
                                13 Park Ave. W., Ste. 314
                                Mansfield, Ohio  44902
                                419-522-0004

**CERTIFICATE OF SERVICE**

**I, Douglas L. Thrush, hereby certify that the foregoing Notice and Modification was sent by regular US Mail, postage prepaid, this 13th day of October, 2009 to the following individuals:**

**See attached list:**

**I, Douglas L. Thrush, hereby certify that the foregoing Notice and Modification was electronically transmitted on or about October 13, 2009 to the following who are listed on the Court's Electronic Mail Notice List:**

**Toby L Rosen   -  lweir@chapter13canton.com**

        /s/Douglas L. Thrush
        Douglas L. Thrush
        Attorney For Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-6<br>Case 07-62483-rk<br>Northern District of Ohio<br>Canton<br>Tue Oct 13 11:38:51 EDT 2009 | Canton<br>Canton<br>Frank T Bow Federal Building<br>201 Cleveland Ave SW<br>Canton, OH 44702-1929 | ECAST SETTLEMENT CORPORATION<br>POB 35480<br>NEWARK, NJ 07193-5480 |
| Frank T. Bow Federal Building<br>201 Cleveland Ave SW<br>Canton, OH 44702-1929 | American General<br>1114 Lexington Ave.<br>Mansfield, OH 44907-2253 | American General<br>1464 Lexington Ave.<br>Mansfield, OH 44907-2630 |
| American General Financial Services, Inc.<br>335 N. Lexington-Springmill Rd.<br>Mansfield, OH 44906-1218 | Beneficial<br>PO Box 4153-K<br>Carol Stream, IL  60197 | Capital One<br>PO Box 650007<br>Dallas, TX 75265-0007 |
| Capital One Bank<br>c/o Tsys Debt Management<br>P.O. Box 5155<br>Norcross, GA 30091-5155 | Citizens Bank<br>PO Box 5016<br>Sandusky, OH 44871-5016 | Dick's Sporting Goods<br>GE Consumer Finance<br>PO Box 960061<br>Orlando, FL 32896-0061 |
| Dicks<br>c/o GE Money Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF<br>CITIBANK USA NA/HOME DEPOT<br>POB 35480<br>NEWARK NJ 07193-5480 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF<br>GE MONEY BANK/LOWES CONSUMER<br>POB 35480<br>NEWARK NJ 07193-5480 |
| Empire Affilaites<br>PO Box 4521<br>Carol Strem, IL 60197-4521 | Ford Motor Credit<br>PO box 790093<br>St. Louis, MO 63179-0093 | Ford Motor Credit Company LLC<br>Drawer 55-953<br>P.O. Box 55000<br>Detroit, MI 48255-0001 |
| GE Money Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 | H & H Plumbing<br>c/o RBC<br>PO Box 1548<br>Mansfield, OH 44901-1548 | H & H Supply Co<br>RBC Inc<br>PO Box 1548<br>Mansfield OH 44901-1548 |
| HOUSEHOLD FINANCE CORPORATION/BENEFICIAL<br>BY ECAST SETTLEMENT CORPORATION<br>AS ITS AGENT<br>POB 35480<br>NEWARK NJ 07193-5480 | HSBC BANK NEVADA NA / HSBC CARD SERVICES III<br>BY ECAST SETTLEMENT CORPORATION<br>AS ITS AGENT<br>POB 35480<br>NEWARK NJ 07193-5480 | Home Depot<br>PO Box 689105<br>Des Moines, IA 50368-9105 |
| JC Penney<br>PO Box 960001<br>Orlando, FL 32896-0001 | Lowes<br>PO Box 540914<br>Atlanta, GA 30353-5409 | Norwalk<br>GE Consumer Finance<br>PO Box 960061<br>Orlando, FL 32896-0061 |
| Orchard Bank<br>PO Box 5222<br>Carol Stream, IL 60197-5222 | Samaritan Regional Health System<br>1025 Center St.<br>Ashland, OH 44805-4097 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |

| | | |
|---|---|---|
| US Bank<br>PO Box 790415<br>St. Louis, MO 63179-0415 | Douglas L Thrush<br>13 Park Ave W<br>#314<br>Mansfield, OH 44902-1715 | Henry Clay Caudell Jr<br>435 Impala Dr<br>Mansfield, OH 44903-8728 |
| Melissa Ann Caudell<br>766 Cairns Rd<br>Mansfield, OH 44903-9096 | Stanley L Baumberger<br>Baumberger Appraisal & Realty<br>111 Sturges Avenue<br>Mansfield, Oh 44903-2312 | Toby L Rosen<br>400 W Tuscarawas St<br>Charter One Bank Bldg<br>4th Floor<br>Canton, OH 44702-2044 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

U.S. Bank, N.A.
4801 Frederica Street
Owensboro, KY 42301


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)American General Financial Services, Inc. | (u)US BANK NA | (d)Citizens Bank<br>PO box 5016<br>Sandusky, OH 44871-5016 |
| (d)ECAST SETTLEMENT CORPORATION<br>POB 35480<br>NEWARK NJ 07193-5480 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     4<br>Total                  39 | |